IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE DIAZ,

    Plaintiff,                        CV F 02 6353 OWW WMW   P

  vs.                               ORDER RE MOTION (DOC 16 )

B. COLL, et al.,

    Defendants.

    Plaintiff has filed a motion for leave to file a third amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for leave to amend the complaint is granted.

    2. The Clerk's Office is directed to file the third amended complaint lodged with the court on September 27, 2006.

IT IS SO ORDERED.

**Dated:   October 4, 2006**                  /s/ William M. Wunderlich
j14hj0                                    UNITED STATES MAGISTRATE JUDGE