IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE DIAZ,

        Plaintiff,        CV F 02 6353 OWW WMW P

   vs.                  ORDER RE MOTION (DOC 23)

R. COLL, et al.,

        Defendants.

     Plaintiff has filed a motion requesting a court order. The court will shortly enter an order directed at the operative pleading in this case. Plaintiff's motion for a court order is therefore denied as moot. IT IS SO ORDERED.

**Dated:**   **September 27, 2007**         **/s/ William M. Wunderlich**
                                                            UNITED STATES MAGISTRATE JUDGE