1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   ENRIQUE DIAZ,                          1:02-cv-06353-OWW-WMW (PC)

12           Plaintiff,                     ORDER GRANTING FIRST MOTION
                                            TO EXTEND TIME TO FILE AMENDED
13        vs.                               COMPLAINT

14   B. COLL, et al.,                       (DOCUMENT #30)

15           Defendants.                    THIRTY DAY DEADLINE

16   _____/

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On August 11, 2008,  plaintiff filed a motion to extend time to file an amended

19   complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21        Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   an amended complaint.

23

24   IT IS SO ORDERED.

25   **Dated:    August 12, 2008**              _____/s/  William M. Wunderlich_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28