IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE DIAZ,

        Plaintiff,        1: 02 CV 6353 OWW WMW PC

   vs.                ORDER RE MOTION (DOC 27)

L. SMART, et al.,

        Defendants.

     Plaintiff has filed a motion titled as a request for review and an *in camera* hearing on his first amended complaint.  The first amended complaint has been dismissed with leave to amend.  Plaintiff has filed a second amended complaint on which this action proceeds.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:   September 3, 2008**            /s/  William M. Wunderlich
                                                       UNITED STATES MAGISTRATE JUDGE